# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD LEE JOICE,<br><br>Defendant. | Case No.: 21-cr-03512-CAB<br><br>**ORDER AND JUDGMENT ON MOTION TO DISMISS** |

Based upon the Motion to Dismiss the Indictment Without Prejudice, and for the reasons set forth therein, and for good cause appearing therefor,

IT IS HEREBY ORDERED The United States' Motion is GRANTED.

IT IS THE JUDGMENT OF THE COURT the Indictment is dismissed without prejudice.  The bond is exonerated as to defendant Donald Lee Joice.

IT IS SO ORDERED.


DATED: January 28, 2022

_____
HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE